UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:
RICO PARKS
MELINDA PARKS
    Debtors

Case No. 13-32893

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Curtis C. Reding, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/25/2013.

2) The plan was confirmed on 01/13/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/02/2015.

5) The case was dismissed on 10/26/2015.

6) Number of months from filing to last payment: 26.00.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,306.05.

10) Amount of unsecured claims discharged without payment: $0.00.

RICO PARKS
MELINDA PARKS
100 MCQUEEN SMITH S RD  APT G1
PRATTVILLE, AL 36066

**UST Form 101-13-FR-S (4/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,806.05 |
| Less amount refunded to debtor | $1,306.05 |

**NET RECEIPTS:** $2,500.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,142.97 |
| Court Costs | $231.00 |
| Trustee Expenses & Compensation | $124.03 |
| Other | $2.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,500.00

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALWAYS MONEY | Unsecured | 400.00 | 382.50 | 382.50 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE AS AGENT | Unsecured | 881.00 | 880.73 | 880.73 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 1,001.77 | 1,001.77 | 0.00 | 0.00 |
| APPROVED CASH ADVANCE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| BRIGHTHOUSE NETWORKS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CASH MART | Unsecured | 350.00 | 441.25 | 441.25 | 0.00 | 0.00 |
| CASH TYME | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 147.50 | 147.50 | 0.00 | 0.00 |
| CHECK HOLDERS | Unsecured | 260.00 | 305.50 | 305.50 | 0.00 | 0.00 |
| COMPASS BANK | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CENTRAL | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| DR ERWIN | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ECONOMY CHECK ADVANCE | Unsecured | 200.00 | 235.00 | 235.00 | 0.00 | 0.00 |
| GUARDIAN CREDIT UNION | Unsecured | 800.00 | 838.86 | 838.86 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 767.00 | 767.11 | 767.11 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 1,111.85 | 1,111.85 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 683.51 | 683.51 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 1,240.53 | 1,240.53 | 0.00 | 0.00 |
| LOCAL FINANCE | Unsecured | 490.00 | 644.00 | 644.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 182.81 | 182.81 | 0.00 | 0.00 |
| MORONEYPC | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| MOTORS ACCEPTANCE CORP | Unsecured | NA | 20,869.48 | 5,795.46 | 0.00 | 0.00 |
| PRA RECEIVABLES MNMT | Unsecured | 3,898.00 | 6,590.44 | 6,590.44 | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SRV | Unsecured | 11,000.00 | 15,820.87 | 15,820.87 | 0.00 | 0.00 |
| PROCOLLECT | Unsecured | 1,861.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Unsecured | NA | 1,142.64 | 1,142.64 | 0.00 | 0.00 |
| RENTDEBT AUTOMATED COLLECTI( | Unsecured | 3,704.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 43.86 | 43.86 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SECURITY FINANCE CORPORATION | Unsecured | 490.00 | 490.00 | 490.00 | 0.00 | 0.00 |
| SOUTH UNIVERSITY | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| STATE OF ALABAMA | Secured | 747.00 | 795.61 | 738.07 | 0.00 | 0.00 |
| STATE OF ALABAMA | Unsecured | NA | 0.00 | 57.54 | 0.00 | 0.00 |
| THE HEALTH CARE AUTHORITY | Unsecured | NA | 780.99 | 780.99 | 0.00 | 0.00 |
| THE HEALTH CARE AUTHORITY | Unsecured | NA | 1,111.97 | 1,111.97 | 0.00 | 0.00 |
| THE HEALTH CARE AUTHORITY | Unsecured | NA | 356.60 | 356.60 | 0.00 | 0.00 |
| THE HEALTH CARE AUTHORITY | Unsecured | NA | 213.85 | 213.85 | 0.00 | 0.00 |
| THE HEALTH CARE AUTHORITY | Unsecured | NA | 40.59 | 40.59 | 0.00 | 0.00 |
| THE HEALTH CARE AUTHORITY | Unsecured | NA | 91.85 | 91.85 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 11,681.00 | 6,036.34 | 6,036.34 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | NA | 5,719.05 | 5,719.05 | 0.00 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| VILLAS AT SONTERRA | Unsecured | 1,861.00 | 1,861.30 | 1,861.30 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 500.00 | 626.05 | 626.05 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $738.07 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$738.07** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$55,642.32** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,500.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$2,500.00** |

UST Form 101-13-FR-S (4/1/2009)

11) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/12/2015    By: /s/ Curtis C. Reding
                                    Trustee

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**